HELEN JANE CLOHECY, Respondent, v. BERNARD PATRICK and GUY MURDOCK, Appellants, WILLIAM GILBERT and Others, Defendants.— Order affirmed, ·without costs of this appeal to any party. All concur. (The order denies the motion of defendants Patrick and Murdock for change of venue.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

GLENN R. JONES, Respondent, v. COUNTY OF ONEIDA, Appellant.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: The wrong to plaintiff was a continuing one, with damages constantly recurring. He was obliged to file a claim with specified county officials within three months after the damages which he sought to collect were sustained. (County Law, § 6-a.) The period for which he could recover damages commenced three months before the presentation of the claim (*Thomann* v. *City of Rochester*, 256 N. Y. 165, 170) and in this action at law continuod up to the commencement of the action. (*Thomann* v. *City of Rochester, supra*, 171.) It was error for the court to permit the jury to assess damages which accrued more than three months before the filing of the claim. All concur. (The judgment is for ·plaintiff in an injunction action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE ONONDAGA COUNTY SAVINGS BANK, Respondent, v. MARKSON BROS., INC., Appellant, and CHARLES C. COOK, as Sole Surviving Executor, etc., of CHARLES E. CROUSE, Deceased, Defendant.— Judgment affirmed, with costs. All concur. (The judgment reverses a judgment of the Syracuse Municipal Court dismissing plaintiff's complaint and awards judgment in favor of plaintiff for the relief demanded in the complaint, in an action to recover interest and taxes due on a bond and mortgage.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HAZEL BANAS, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MARIA· BOCCOLUCCI, Appellant, v. STANISLAO BOCCOLUCCI, Respondent.— Judgment so far as appealed from reversed on the law and facts and a new trial, granted, with costs to the appellant to abide the event. All concur. (The portion of the judgment appealed from dismisses the amended complaint and awards defendant a decree of separation.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

CECILIA RAPP, Respondent, v. F. LINWOOD MYERS, Appellant.— Order reversed on the law, without costs of this appeal to either party, and motion granted, without motion costs on the authority of *Milks* v. *McIver* (264 N. Y. 267); *Matter of Parchefsky* v. *Kroll Bros., Inc.* (267 id. 410); *Balsley* v. *Severance* (261 App. Div. 492). All concur, except Taylor, J., not voting. (The order denies defendant's motion for a dismissal of plaintiff's amended complaint in a negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.